United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACEY N. THOMPSON,<br><br>    Plaintiff,<br><br>    v.<br><br>DENNIS HERERRA,<br><br>    Defendant. | Case No. 17-cv-05163-DMR<br><br>**SUA SPONTE JUDICIAL REFERRAL FOR PURPOSES OF DETERMINING RELATIONSHIP OF CASES** |

On August 15, 2017, Plaintiff filed this action. Pursuant to Civil Local Rule 3-12(c), the court *sua sponte* refers this case to Judge Beeler in *Thompson v. Herrera*, 3:17-cv-05141-LB to determine whether it is related to *Thompson v. Herrera*, 4:17-cv-5163-DMR.

**IT IS SO ORDERED.**

Dated: September 20, 2017

Donna M. Ryu
United States Magistrate Judge